**Order entered May 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00469-CV

### TERVITA, LLC, Appellant

### V.

### CASEY SUTTERFIELD, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13815**

## ORDER

We **GRANT** appellant's May 18, 2015 unopposed first motion for extension of time to

file brief and **ORDER** the brief be filed no later than June 3, 2015.


/s/  CRAIG STODDART
   JUSTICE